Jared Bobrow (SBN 133712)
jbobrow@orrick.com
Diana M. Rutowski (SBN 233878)
drutowski@orrick.com
Jason Lang (SBN 255642)
jlang@orrick.com
Travis Jensen (SBN 259925)
tjensen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

Sarah Kate Mullins (SBN 324558)
sarahmullins@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Plaintiffs Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC*

Greg Arovas
garovas@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900

Brandon H. Brown (SBN 266347)
bhbrown@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: +1 415 439 1400
Facsimile: +1 415 439 1500

*Attorneys for Defendant Yangtze Memory Technologies Company, Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., and MICRON TECHNOLOGY TEXAS, LLC

Plaintiffs,

v.

YANGTZE MEMORY TECHNOLOGIES COMPANY LTD.,

Defendant.

Case No. 3:25-cv-08588-VC

**STIPULATED REQUEST FOR ORDER EXTENDING BRIEFING DEADLINES**

Plaintiffs Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC ("Plaintiffs" or "Micron"), and Defendant Yangtze Memory Technologies Company, Ltd. ("Defendant" or "YMTC") (collectively, the "Parties"), by and through their respective counsel, pursuant to Local Civil Rule 6-2, hereby Stipulate and Request an Order Extending Briefing Deadlines as follows:

WHEREAS, on January 13, 2026, YMTC filed a Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), noticing March 12, 2026, as the hearing date. ECF No. 28.

WHEREAS, due to complexity of the motion, the other litigations between the parties, and the need for additional time to investigate the issues, the parties jointly request to briefly extend the briefing deadlines for YMTC's Motion to Dismiss. The proposed extension will not affect the hearing date, and briefing will be complete more than 14 days before the hearing.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective counsel and subject to the Court's approval, that the following deadlines and dates be extended:

| Event | Current Date | New Date |
|---|---|---|
| Micron's Opposition to YMTC's Motion to Dismiss | 1/27/2026 | 2/10/2026 |
| YMTC's Reply in Support if its Motion to Dismiss | 2/3/2026 | 2/24/2026 |

The prior time modifications in the case were rescheduling the Case Management Conference (ECF No. 13), and a stipulated extension for Case Management related deadlines (ECF No. 22).

The proposed modification does not affect any other scheduled event in this case, including the March 12, 2026, hearing date for the Motion to Dismiss. Briefing will be complete more than 14 days before the hearing.

Pursuant to Civ. L.R. 6-2, a supporting declaration is attached.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 21, 2026

By: */s/ Jared Bobrow*

Jared Bobrow (SBN 133712)
jbobrow@orrick.com
Diana M. Rutowski (SBN 233878)
drutowski@orrick.com
Jason Lang (SBN 255642)
jlang@orrick.com
Travis Jensen (SBN 259925)
tjensen@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

Sarah Kate Mullins (SBN 324558)
sarahmullins@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Plaintiffs Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC*

Dated: January 21, 2026

By: */s/ Brandon H. Brown*

Greg Arovas
garovas@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: +1 212 446 4800
Facsimile: +1 212 446 4900

Brandon H. Brown (SBN 266347)
bhbrown@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: +1 415 439 1400
Facsimile: +1 415 439 1500
*Attorneys for Defendant Yangtze Memory Technologies Company, Ltd.*

**ATTESTATION**

Pursuant to Local Rule 5-1(1)(3) I hereby attest that concurrence in the filing of this document has been obtained from Brandon H. Brown, Attorney for Defendant Yangtze Memory Technologies Company, Ltd.

*/s/ Jared Bobrow*
Jared Bobrow