UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., et al.,<br>Plaintiffs,<br>v.<br>YANGTZE MEMORY TECHNOLOGIES COMPANY LTD.,<br>Defendant. | Case No. 25-cv-08588-VC<br>**ORDER GRANTING MOTION TO DISMISS**<br>Re: Dkt. No. 28 |

The motion to dismiss without prejudice is granted. This ruling assumes the reader's familiarity with the facts, the applicable legal standards, and the arguments made by the parties.

The "first to file" rule permits a district court to decline jurisdiction if a substantially similar case has already been filed in another district. *See Pacesetter Systems, Inc. v. Medtronic, Inc*., 678 F.2d 93, 95 (9th Cir. 1982). Here, it is undisputed that an earlier-filed case brought by YMTC in the Eastern District of Texas, Case No. 25-cv-01010-JRG (E.D. Tex.) (*YMTC 3*), involves the same patents, the same Micron entities, and substantially the same products as this case. Micron nonetheless insists on proceeding here because, according to Micron, the first-filed suit between these parties was brought in the Northern District of California. *See* Case No. 23-cv-5792-RFL (N.D. Cal.) (*YMTC 1/2*). Although Micron is correct that *YMTC 1/2* was filed before *YMTC 3*, the patent claims at issue in this case are not related to those raised in *YMTC 1/2. See* Order Denying Motion to Consider Whether Cases Should Be Related, Dkt. No. 282, 23-cv-5792-RFL (N.D. Cal. 2025). The first-filed case involving substantially similar claims to this one is accordingly *YMTC 3*.

Micron alternatively requests that the Court stay, rather than dismiss, this case until the Texas court decides two pending motions: a motion to dismiss for improper venue and a motion to transfer. *See* Dkt. No. 33, at 15. But that is not a reason to stay this case. For the reasons identified in YMTC's reply brief, regardless of what the Texas court ultimately decides, judicial economy is best served by dismissing this case without prejudice. *See* Dkt. No. 34, at 10.

**IT IS SO ORDERED.**

Dated: March 11, 2026

VINCE CHHABRIA
United States District Judge