UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICRON TECHNOLOGY, INC., et al.,<br>Plaintiff,<br>v.<br>YANGTZE MEMORY TECHNOLOGIES COMPANY LTD.,<br>Defendant. | 25-cv-08588-VC<br>**JUDGMENT** |

The Court, having dismissed this case without prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 11, 2026

VINCE CHHABRIA
United States District Judge